UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WARNER, DONALD K § Case No. 14-31518
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/04/2015 in Courtroom ,
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/04/2015            By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
WARNER, DONALD K                     §     Case No. 14-31518
                                     §
         Debtor                      §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,308.63 |
| and approved disbursements of | $ | 591.03 |
| leaving a balance on hand of[1] | $ | 10,717.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,441.06 | $ 0.00 | $ 1,441.06 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 49.57 | $ 0.00 | $ 49.57 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,490.63 |
| Remaining Balance | | | $ 9,226.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,238.95 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Sprint Corp. | $ 1,139.46 | $ 0.00 | $ 1,139.46 |
| 000003 | Anesthesiology Consultants LTD | $ 233.61 | $ 0.00 | $ 233.61 |
| 000004 | nicor gas | $ 1,099.10 | $ 0.00 | $ 1,099.10 |
| 000005 | Frontier Communications | $ 210.88 | $ 0.00 | $ 210.88 |
| 000006 | American InfoSource LP as agent for | $ 555.90 | $ 0.00 | $ 555.90 |

Total to be paid to timely general unsecured creditors        $        3,238.95

Remaining Balance        $        5,988.02

Tardily filed claims of general (unsecured) creditors totaling $ 1,584.22 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | OSF Healthcare System | $ 1,584.22 | $ 0.00 | $ 1,584.22 |

Total to be paid to tardy general unsecured creditors        $        1,584.22

Remaining Balance                                                                $           4,403.80

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 5.79 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,398.01 .

Prepared By: /s/Peter N. Metrou  
                                                                         Trustee

*Peter N. Metrou, Trustee*  
*123 W. Washington Street*  
*Suite 216*  
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-31518-BWB
Donald K Warner                                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers            Page 1 of 2           Date Rcvd: Nov 04, 2015
                              Form ID: pdf006           Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2015.
```
db          +Donald K Warner,    1305 N Sterling St,    Streator, IL 61364-1566
22330331     Advanced Medical Transport,     of Central Illinois,    7504 Solution Ctr,
              Chicago, IL 60677-7005
22330332     Advocate Bromenn Med Center,     Payment Processing Center,    PO Box 801734,
              Kansas City, MO 64180-1734
22330333     Advocate Bromenn Medical Center,     % CB Accounts Inc,    PO Box 805184; Dept 0102,
              Kansas City, MO 64180-5184
22886898     American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA 90051-5478
22330334    +Anesthesiology Consultants LTD,     PO Box 5997,    Peoria, IL 61601-5997
22330335    +Associated Gastroenterology,     530 Park Ave. East,    Princeton, IL 61356-3902
22330336     Associated St James Radiologists,     PO Box 3463,    Springfield, IL 62708-3463
22330337    +Bloomington Medical Lab Phys.,     P.O. Box 9518,    Peoria, IL 61612-9518
22330338     Bloomington Radiology SC,    PO Box 3668,    Bloomington, IL 61702-3668
22330340    +Caner Celeboglu MD SC,    104 Sixth St,    Streator, IL 61364-2899
22330341     Central Illinois Neuro Health Scie,     PO Box 843628,    c/o CINHS,    Kansas City, MO 64184-3628
22330342    +Central Illinois Radiological Assoc,     7800 N Sommer St,    Suite 420,    Peoria, IL 61615-1914
22330343    +Chicago Tribune,    P.O. Box 9001157,    Louisville, KY 40290-1157
22330344     Cinhs,   % Pro Com Services of Illinois Inc,     PO Box 202,    Springfield, IL 62705-0202
22330345    +ComEd,   c/o CCI,    P.O. Box 212489,    Augusta, GA 30917-2489
22330346    +Convergent Healthcare Recoveries,     P.O. Box 805184,    Dept. 0102,    Kansas City, MO 64180-5184
22330349   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DirecTV,     P. O. Box 9001069,    Louisville, KY 40290)
22330347    +Damodara Karkera MD,    104 6th St,    Streator, IL 61364-2899
22330348    +Diagnostic Neuro Technology LLC,     % Pro Com Services of Illinois Inc,    2427 S MacArthur Blvd,
              Springfield, IL 62704-4505
22330351    +Dr. Rakesh Garg, M.D.,    4231 Progress Blvd,    Peru, IL 61354-1193
22330353    +First Premier Bank,    c/o First National Collection Burea,    610 Waltham Way,
              Sparks, NV 89434-6695
22330352     First Premier Bank,    % First National Collection Bureau,    Dept# 21377; PO Box 1259,
              Oaks, PA 19456
22330355    #Gailey Eye Clinic Ltd,    PO Box 757,    Bloomington, IL 61702-0757
22330357     HSHS Medical Group Inc,    PO Box 6573,    Carol Stream, IL 60197-6573
22330356     Housing Authority LaSalle Co,    % Creditors Discount & Audit Co,    PO Box 213,
              Streator, IL 61364-0213
22330358     Illinois American Waters,    % Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
22330359    +Illinois Urologic Health Surgeons,     600 E. First St.,    Spring Valley, IL 61362-1512
22330361     KMB Service Corporation,    PO Box 5308,    Peoria, IL 61601-5308
22330365   ++MEDIACOM COMMUNICATIONS CORPORATION,     ONE MEDIACOM WAY,    CHESTER NY 10918-4850
             (address filed with court: Mediacom,     P.O. Box 5741,    Carol Stream, IL 60197)
22330362    +McLean County,    % Transworld Systems,    950 Office Park Rd #306,
              West Des Moines, IA 50265-2548
22330363    +McLean County Anes Ltd,    3872 Reliable Pkwy #3872,    Chicago, IL 60686-0038
22330366    +Meyer L Proler MD & Assoc PA,     PO Box 4360,    Cordova, TN 38088-4360
22330367    +Midwest Emergency No. IL,    c/o CDA,    415 Main St.,    Streator, IL 61364-2927
22330368     Nicor Gas,    PO Box 5407,    Carol Stream, IL 60197-5407
22330369    +Normal Bloomington Anes,    PO Box 83160,    Chicago, IL 60691-0160
22330370    +North Central BHS,    PO Box 1488,    La Salle, IL 61301-3488
23404628    +OSF Healthcare System,    PO Box 1806,    Peoria, IL 61656-1806
22330375    +OSF Saint Elizabeth Medical Center,     c/o State Collection Service,    2509 S. Stoughton Rd.,
              Madison, WI 53716-3314
22330376     OSF St Elizabeth Medical Center,     Ottawa,    7581 Solution Center,    Chicago, IL 60677-7005
22330377     OSF St Francis,    Medical Center Peoria,    7134 Solution Center,    Chicago, IL 60677-7001
22330378     OSF St Joseph Medical Center,     Bloomington,    7159 Solution Center,    Chicago, IL 60677-7001
22330371    +Oaklawn Radiology at St Marys,     % Trustmark Recovery Services,    541 Otis Bowen Dr,
              Munster, IN 46321-4158
22330372    +Oaklawn Radiology-St. Mary,    37241 Eagle Way,    Chicago, IL 60678-1372
22330373     Orthofix Inc,    PO Box 849906,    Dallas, TX 75284-9806
22330379    +Pekin Insurance,    c/o United Commercial Collectins,    1800 Crofton Dr.,
              Algonquin, IL 60102-4332
22330381     Premier Medical Group LLC,    1505 Eastland Dr,    Ste 2300,    Bloomington, IL 61701-7910
22330382    +Reilly Law Office,    7 Danny Dr,    Suite 1,    Streator, IL 61364-9618
22330383     RightSource,    PO Box 745099,    Cincinnati, OH 45274-5099
22330385     Sprint,   % Convergent Outsourcing Inc,     PO Box 9004,    Renton, WA 98057-9004
22330387     St James-John W Albrecht,    Medical Center,    2200 E Washington St,
              Bloomington, IL 61701-4364
22330388    +St Joseph Medical Center,    2200 E Washington,    Bloomington, IL 61701-4323
22330389     St Mary's Hospital,    Lock Box 6579,    Carol Stream, IL 60197-6579
22330390    +Streator Onized Credit Union,     912 N Shabbona,    Streator, IL 61364-2059
22330391    +USA CrosswordS Jumbo,    Independent Contractors Service,    PO Box 480309,
              Delray Beach, FL 33448-0309
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Nov 04, 2015
                               Form ID: pdf006             Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22330330         +Fax: 864-336-7400 Nov 05 2015 01:22:31      Advance America,   2367 Bloomington St.,  Unit G,
                  Streator, IL 61364-1307
22793212         +E-mail/Text: contact@csicollects.com Nov 05 2015 01:03:25      Anesthesiology Consultants LTD,
                  c/o Certified Services Inc,   P O Box 177,   Waukegan, IL 60079-0177
22330350          E-mail/Text: Bankruptcy.Consumer@dish.com Nov 05 2015 01:01:36      Dish,   Dept 0063,
                  Palatine, IL 60055-0063
22852018          E-mail/Text: bankruptcynotification@frontiercorp.com Nov 05 2015 01:03:20
                  Frontier Communications,   Bankruptcy Dept,   19 John St,   Middletown, NY 10940
22330354          E-mail/Text: bankruptcynotification@frontiercorp.com Nov 05 2015 01:03:20      Frontier,
                  PO Box 2951,   Phoenix, AZ 85062-2951
22330374         +E-mail/Text: Bankruptcy.Notices@orthofix.com Nov 05 2015 01:01:57      Orthofix Inc,
                  3451 Plano Pkwy,   Lewsiville, TX 75056-9453
22330380          E-mail/Text: bankruptcydepartment@tsico.com Nov 05 2015 01:03:14      Pekin Insurance Co,
                  % Transworld Systems Inc,   PO Box 15630; Dept 23,   Wilmington, DE 19850-5630
22330384          E-mail/Text: bankruptcy.noticing@security-finance.com Nov 05 2015 01:00:43      Security Finance,
                  1124 Columbus St,   Ottawa, IL 61350
22330386          E-mail/Text: appebnmailbox@sprint.com Nov 05 2015 01:01:33      Sprint,   PO Box 4191,
                  Carol Stream, IL 60197-4191
22716183          E-mail/Text: appebnmailbox@sprint.com Nov 05 2015 01:01:33      Sprint Corp.,
                  Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
22826230         +E-mail/Text: bankrup@aglresources.com Nov 05 2015 01:00:31      nicor gas,   po box 549,
                  Aurora il 60507-0549
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22330339*         Bloomington Radiology SC,    PO Box 3668,   Bloomington, IL 61702-3668
22330364*        +McLean County Anes Ltd,   3872 Reliable Pkwy #3872,   Chicago, IL 60686-0038
22330360        ##+JT Stewart Enterprises,   2781 Lisbon St.,   East Liverpool, OH 43920-4087
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2015                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2015 at the address(es) listed below:
```
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou     on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou     met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Stephen J West     on behalf of Debtor Donald K Warner tmalaw@sjwlawott.com
                                                                                             TOTAL: 4
```