# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| DONALD K WARNER | § | Case No. 14-31518 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 15,960.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,828.96      Claims Discharged
                                                Without Payment: 32,208.00

Total Expenses of Administration: 2,081.66

---

3) Total gross receipts of $ 11,308.63  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,398.01  (see **Exhibit 2**), yielded net receipts of $ 6,910.62  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,081.66 | 2,081.66 | 2,081.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,748.00 | 4,823.17 | 4,823.17 | 4,828.96 |
| **TOTAL DISBURSEMENTS** | $ 36,748.00 | $ 6,904.83 | $ 6,904.83 | $ 6,910.62 |

4) This case was originally filed under chapter 7 on 08/28/2014. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/25/2016           By: /s/Peter N. Metrou, Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ESTATE OF A DECEDENT | 1229-000 | 11,308.63 |
| TOTAL GROSS RECEIPTS | | $ 11,308.63 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DONALD K WARNER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,398.01 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 4,398.01 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,441.06 | 1,441.06 | 1,441.06 |
| Peter N. Metrou | 2200-000 | NA | 49.57 | 49.57 | 49.57 |
| ADAMS LEVINE | 2300-000 | NA | 10.92 | 10.92 | 10.92 |
| FOREMOST INSURANCE COMPANY | 2420-000 | NA | 533.00 | 533.00 | 533.00 |
| Associated Bank | 2600-000 | NA | 47.11 | 47.11 | 47.11 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,081.66 | $ 2,081.66 | $ 2,081.66 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance America 2367 Bloomington St. Unit G Streator, IL 61364 | | 1,050.00 | NA | NA | 0.00 |
| | Advanced Medical Transport of Central Illinois 7504 Solution Ctr Chicago, IL 60677-7005 | | 200.00 | NA | NA | 0.00 |
| | Advocate Bromenn Med Center Payment Processing Center PO Box 801734 Kansas City, MO 64180-1734 | | 1,154.00 | NA | NA | 0.00 |
| | Advocate Bromenn Medical Center % CB Accounts Inc PO Box 805184; Dept 0102 Kansas City, MO 64180-5184 | | 1,095.00 | NA | NA | 0.00 |
| | Associated Gastroenterology 530 Park Ave. East Princeton, IL 61356 | | 128.00 | NA | NA | 0.00 |
| | Associated St James Radiologists PO Box 3463 Springfield, IL 62708-3463 | | 25.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bloomington Medical Lab Phys. P.O. Box 9518 Peoria, IL 61612 | | 196.00 | NA | NA | 0.00 |
| | Bloomington Radiology SC PO Box 3668 Bloomington, IL 61702-3668 | | 31.00 | NA | NA | 0.00 |
| | Bloomington Radiology SC PO Box 3668 Bloomington, IL 61702-3668 | | 16.00 | NA | NA | 0.00 |
| | Caner Celeboglu MD SC 104 Sixth St Streator, IL 61364 | | 30.00 | NA | NA | 0.00 |
| | Central Illinois Neuro Health Scie PO Box 843628 c/o CINHS Kansas City, MO 64184-3628 | | 1,908.00 | NA | NA | 0.00 |
| | Central Illinois Radiological Assoc 7800 N Sommer St Suite 420 Peoria, IL 61615 | | 8.00 | NA | NA | 0.00 |
| | Chicago Tribune P.O. Box 9001157 Louisville, KY 40290 | | 34.00 | NA | NA | 0.00 |
| | Cinhs % Pro Com Services of Illinois Inc PO Box 202 Springfield, IL 62705-0202 | | 171.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd c/o CCI P.O. Box 212489 Augusta, GA 30917 | | 763.00 | NA | NA | 0.00 |
| | Convergent Healthcare Recoveries P.O. Box 805184 Dept. 0102 Kansas City, MO 64180 | | 2,359.00 | NA | NA | 0.00 |
| | Damodara Karkera MD 104 6th St Streator, IL 61364 | | 63.00 | NA | NA | 0.00 |
| | Diagnostic Neuro Technology LLC % Pro Com Services of Illinois Inc 2427 S MacArthur Blvd Springfield, IL 62704 | | 496.00 | NA | NA | 0.00 |
| | Dish Dept 0063 Palatine, IL 60055-0063 | | 210.00 | NA | NA | 0.00 |
| | Dr. Rakesh Garg, M.D. 4231 Progress Blvd Peru, IL 61354 | | 150.00 | NA | NA | 0.00 |
| | First Premier Bank % First National Collection Bureau Dept# 21377; PO Box 1259 Oaks, PA 19456 | | 522.00 | NA | NA | 0.00 |
| | First Premier Bank c/o First National Collection Burea 610 Waltham Way Sparks, NV 89434 | | 285.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gailey Eye Clinic Ltd PO Box 757 Bloomington, IL 61702-0757 | | 23.00 | NA | NA | 0.00 |
| | Housing Authority LaSalle Co % Creditors Discount & Audit Co PO Box 213 Streator, IL 61364-0213 | | 614.00 | NA | NA | 0.00 |
| | HSHS Medical Group Inc PO Box 6573 Carol Stream, IL 60197-6573 | | 20.00 | NA | NA | 0.00 |
| | Illinois American Waters % Penn Credit PO Box 988 Harrisburg, PA 17108-0988 | | 126.00 | NA | NA | 0.00 |
| | Illinois Urologic Health Surgeons 600 E. First St. Spring Valley, IL 61362 | | 80.00 | NA | NA | 0.00 |
| | JT Stewart Enterprises 2781 Lisbon St. East Liverpool, OH 43920 | | 249.00 | NA | NA | 0.00 |
| | KMB Service Corporation PO Box 5308 Peoria, IL 61601-5308 | | 9.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McLean County % Transworld Systems 950 Office Park Rd #306 West Des Moines, IA 50265 | | 28.00 | NA | NA | 0.00 |
| | McLean County Anes Ltd 3872 Reliable Pkwy #3872 Chicago, IL 60686 | | 28.00 | NA | NA | 0.00 |
| | McLean County Anes Ltd 3872 Reliable Pkwy #3872 Chicago, IL 60686 | | 28.00 | NA | NA | 0.00 |
| | Mediacom P.O. Box 5741 Carol Stream, IL 60197 | | 850.00 | NA | NA | 0.00 |
| | Meyer L Proler MD & Assoc PA PO Box 4360 Cordova, TN 38088 | | 74.00 | NA | NA | 0.00 |
| | Midwest Emergency No. IL c/o CDA 415 Main St. Streator, IL 61364 | | 756.00 | NA | NA | 0.00 |
| | Normal Bloomington Anes PO Box 83160 Chicago, IL 60691 | | 85.00 | NA | NA | 0.00 |
| | North Central BHS PO Box 1488 La Salle, IL 61301 | | 110.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Oaklawn Radiology at St Marys % Trustmark Recovery Services 541 Otis Bowen Dr Munster, IN 46321 | | 18.00 | NA | NA | 0.00 |
| | Oaklawn Radiology-St. Mary 37241 Eagle Way Chicago, IL 60678 | | 52.00 | NA | NA | 0.00 |
| | Orthofix Inc 3451 Plano Pkwy Lewsiville, TX 75056 | | 816.00 | NA | NA | 0.00 |
| | Orthofix Inc PO Box 849906 Dallas, TX 75284-9806 | | 816.00 | NA | NA | 0.00 |
| | OSF Saint Elizabeth Medical Center c/o State Collection Service 2509 S. Stoughton Rd. Madison, WI 53716 | | 65.00 | NA | NA | 0.00 |
| | OSF St Elizabeth Medical Center Ottawa 7581 Solution Center Chicago, IL 60677-7005 | | 65.00 | NA | NA | 0.00 |
| | OSF St Joseph Medical Center Bloomington 7159 Solution Center Chicago, IL 60677-7001 | | 296.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pekin Insurance c/o United Commercial Collectins 1800 Crofton Dr. Algonquin, IL 60102 | | 188.00 | NA | NA | 0.00 |
| | Pekin Insurance Co % Transworld Systems Inc PO Box 15630; Dept 23 Wilmington, DE 19850-5630 | | 51.00 | NA | NA | 0.00 |
| | Premier Medical Group LLC 1505 Eastland Dr Ste 2300 Bloomington, IL 61701-7910 | | 79.00 | NA | NA | 0.00 |
| | Reilly Law Office 7 Danny Dr Suite 1 Streator, IL 61364 | | 700.00 | NA | NA | 0.00 |
| | RightSource PO Box 745099 Cincinnati, OH 45274-5099 | | 100.00 | NA | NA | 0.00 |
| | Security Finance 1124 Columbus St Ottawa, IL 61350 | | 696.00 | NA | NA | 0.00 |
| | Sprint PO Box 4191 Carol Stream, IL 60197-4191 | | 185.00 | NA | NA | 0.00 |
| | St James-John W Albrecht Medical Center 2200 E Washington St Bloomington, IL 61701-4364 | | 74.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St Joseph Medical Center 2200 E Washington Bloomington, IL 61701 | | 1,286.00 | NA | NA | 0.00 |
| | St Mary's Hospital Lock Box 6579 Carol Stream, IL 60197-6579 | | 10,962.00 | NA | NA | 0.00 |
| | Streator Onized Credit Union 912 N Shabbona Streator, IL 61364 | | 1,750.00 | NA | NA | 0.00 |
| | USA CrosswordS Jumbo Independent Contractors Service PO Box 480309 Delray Beach, FL 33448 | | 35.00 | NA | NA | 0.00 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 154.00 | 555.90 | 555.90 | 555.90 |
| 3 | ANESTHESIOLOGY CONSULTANTS LTD | 7100-000 | 151.00 | 233.61 | 233.61 | 233.61 |
| 5 | FRONTIER COMMUNICATIONS | 7100-000 | 200.00 | 210.88 | 210.88 | 210.88 |
| 4 | NICOR GAS | 7100-000 | 2,396.00 | 1,099.10 | 1,099.10 | 1,099.10 |
| 2 | SPRINT CORP. | 7100-000 | 1,139.00 | 1,139.46 | 1,139.46 | 1,139.46 |
| 7 | OSF HEALTHCARE SYSTEM | 7200-000 | 500.00 | 1,584.22 | 1,584.22 | 1,584.22 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 0.67 |
| | ANESTHESIOLOGY CONSULTANTS LTD | 7990-000 | NA | NA | NA | 0.28 |
| | FRONTIER COMMUNICATIONS | 7990-000 | NA | NA | NA | 0.25 |
| | NICOR GAS | 7990-000 | NA | NA | NA | 1.32 |
| | OSF HEALTHCARE SYSTEM | 7990-000 | NA | NA | NA | 1.90 |
| | SPRINT CORP. | 7990-000 | NA | NA | NA | 1.37 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 36,748.00 | $ 4,823.17 | $ 4,823.17 | $ 4,828.96 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-31518 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DONALD K WARNER | | | | Date Filed (f) or Converted (c): | 08/28/2014 (f) |
| | | | | | 341(a) Meeting Date: | 09/24/2014 |
| For Period Ending: | 05/25/2016 | | | | Claims Bar Date: | 02/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ESTATE OF A DECEDENT                    (u) | 0.00 | 0.00 | | 11,308.63 | FA |
| 2. CHECKING ACCT | 100.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 60.00 | 0.00 | | 0.00 | FA |
| 5. Possible med mal case | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $960.00 | $0.00 | | $11,308.63 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into inheritance not reported on schedules.

RE PROP #        1    --    Partial Distribution from a Trust held by deceased father of Debtor.

Initial Projected Date of Final Report (TFR): 09/30/2015          Current Projected Date of Final Report (TFR): 09/30/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-31518 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DONALD K WARNER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5207 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7540 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/25/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/14 | 1 | JEROME S. WARNER TRUST 1010 Tower Circle Dr.Marseilles, IL 61341-1025 | Liquidation of inheritence | 1229-000 | $11,308.63 | | $11,308.63 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.18 | $11,293.45 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.79 | $11,276.66 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.14 | $11,261.52 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $10.92 | $11,250.60 |
| 07/02/15 | 5002 | FOREMOST INSURANCE COMPANY P.O. Box 0915Carol Stream, IL 60132-0915 | 134 W 2nd St, Streator, IL Insurance to cover residence of debtor inherited | 2420-000 | | $533.00 | $10,717.60 |
| 12/14/15 | 5003 | PETER N METROU 123 W. WASHINGTON STREETSUITE 216OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | $1,490.63 | $9,226.97 |
| | | Peter N. Metrou | Chapter 7 Compensation/Expense | ($1,441.06) | 2100-000 | | |
| | | Metrou, Peter N. | Chapter 7 Compensation/Expense | ($49.57) | 2200-000 | | |
| 12/14/15 | 5004 | FRONTIER COMMUNICATIONS Bankruptcy Dept 19 John St Middletown, NY 10940 | Claim 000005, Payment 100.11855% | | | $211.13 | $9,015.84 |
| | | | | ($0.25) | 7990-000 | | |
| | | FRONTIER COMMUNICATIONS | Claim 000005, Payment 100.11855% | ($210.88) | 7100-000 | | |
| 12/14/15 | 5005 | SPRINT CORP. Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207-0949 | Claim 000002, Payment 100.12023% | | | $1,140.83 | $7,875.01 |

| | | | Page Subtotals: | | $11,308.63 | $3,433.62 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-31518 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DONALD K WARNER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5207 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7540 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/25/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($1.37) | 7990-000 | | | |
| | | SPRINT CORP. | Claim 000002, Payment 100.12023% ($1,139.46) | 7100-000 | | | |
| 12/14/15 | 5006 | ANESTHESIOLOGY CONSULTANTS LTD<br><br>c/o Certified Services Inc<br>P O Box 177<br>Waukegan, IL 60079 | Claim 000003, Payment 100.11986% | | | $233.89 | $7,641.12 |
| | | | ($0.28) | 7990-000 | | | |
| | | ANESTHESIOLOGY CONSULTANTS LTD | Claim 000003, Payment 100.11986% ($233.61) | 7100-000 | | | |
| 12/14/15 | 5007 | NICOR GAS<br><br>po box 549<br>Aurora il 60507 | Claim 000004, Payment 100.12010% | | | $1,100.42 | $6,540.70 |
| | | | ($1.32) | 7990-000 | | | |
| | | NICOR GAS | Claim 000004, Payment 100.12010% ($1,099.10) | 7100-000 | | | |
| 12/14/15 | 5008 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Claim 000006, Payment 100.12053% | | | $556.57 | $5,984.13 |
| | | | ($0.67) | 7990-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Claim 000006, Payment 100.12053% ($555.90) | 7100-000 | | | |
| 12/14/15 | 5009 | OSF HEALTHCARE SYSTEM<br><br>PO Box 1806<br>Peoria, IL 61656 | Claim 000007, Payment 100.11993% | | | $1,586.12 | $4,398.01 |
| | | | ($1.90) | 7990-000 | | | |

Page Subtotals: $0.00    $3,477.00

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-31518  
Case Name: DONALD K WARNER  
Taxpayer ID No: XX-XXX7540  
For Period Ending: 05/25/2016  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5207  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | OSF HEALTHCARE SYSTEM | Claim 000007, Payment 100.11993% | ($1,584.22) | 7200-000 | | |
| 12/14/15 | 5010 | WARNER, DONALD K 1305 N STERLING ST STREATOR, IL 61364 | Surplus Funds | 8200-002 | | $4,398.01 | $0.00 |
| 03/07/16 | 5007 | Reverses Check # 5007 | Claim 000004, Payment 100.12010% Nicor claims to have not received the check | | | ($1,100.42) | $1,100.42 |
| | | | $1.32 | 7990-000 | | | |
| | | NICOR GAS | Claim 000004, Payment 100.12010% | $1,099.10 | 7100-000 | | |
| 03/07/16 | 5011 | NICOR GAS 1844 Ferry Road Naperville, IL 60563 | Donald Warner, BK Case# 14-31518 Claim #4-Replacement Check Replacement check for check number 5007. | | | $1,100.42 | $0.00 |
| | | | ($1.32) | 7990-000 | | | |
| | | NICOR GAS | Donald Warner, BK Case# 14-31518 | ($1,099.10) | 7100-000 | | |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $11,308.63 | $11,308.63 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,308.63 | $11,308.63 |
| Less: Payments to Debtors | $0.00 | $4,398.01 |
| Net | $11,308.63 | $6,910.62 |

Page Subtotals:                                                                 $0.00           $4,398.01

UST Form 101-7-TDR (10/1/2010)  *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5207 - Checking Account (Non-Interest Earn | $11,308.63 | $6,910.62 | $0.00 |
| | $11,308.63 | $6,910.62 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,308.63 |
| Total Gross Receipts: | $11,308.63 |

Page Subtotals: $0.00  $0.00